UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **RICHARD PUIGDOMENECH** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 5:22-cv-00285-XR** |
| | § | |
| **WELLS FARGO** | § | |

## DEFENDANT'S ADVISORY STATEMENT

Pursuant to the *Court's Standing Order Concerning Removed Cases* (Doc. 3), Defendant Wells Fargo Bank, N.A. ("Wells Fargo") provides the following information:

(a)   Wells Fargo was served on February 22, 2022. The Notice of Removal was timely within 30 days thereof, on March 24, 2022. *See* 28 U.S.C. § 1446.

(b)   Wells Fargo is the only defendant in this action and it is not a citizen of Texas.

(c)   Wells Fargo is the only defendant in this action. There are no other defendants, including any who had been served prior to the time of removal who did not formally join in the notice of removal.

(d)   This case was removed from Bexar County, Texas.

Respectfully submitted,

*/s/ Elizabeth K. Duffy*
**Robert T. Mowrey**
Texas Bar No. 14607500
rmowrey@lockelord.com
**Elizabeth K. Duffy**
Texas Bar No. 24050535
eduffy@lockelord.com
LOCKE LORD LLP
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201-6776
(214) 740-8000 (Telephone)
(214) 740-8800 (Facsimile)

**ATTORNEYS FOR DEFENDANT
WELLS FARGO BANK, N.A.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on this 4th day of April, 2022 via e-filing on:

**William M. Clanton**
LAW OFFICE OF BILL CLANTON, P.C.
926 Chulie Drive
San Antonio, Texas 78216
*Attorney for Plaintiff*

*/s/ Elizabeth K. Duffy*
*Attorney for Defendant*