UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| RICHARD PUIGDOMENECH, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Civil Action No. SA-22-CV-00285-XR |
| WELLS FARGO, | § § § | |
| *Defendant*. | § § § § | |

**ORDER SETTING STATUS CONFERENCE
AND HEARING ON ALL PENDING MOTIONS**

On this day the Court considered the status of this case. This case is set for a status conference and hearing on all pending motions, if any, on **Wednesday, June 22, 2022** at **10:30 a.m.** The Courtroom Deputy will inform the parties of the means by which the status conference will be conducted. The parties should be prepared to discuss all pending motions.

It is so ORDERED.

SIGNED April 29, 2022.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE